**CV 15 0918**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
__Danuta Szewczyk_____

_____

_____                           **COMPLAINT**

NAME OF PLAINTIFF(S)
v.                                                    JURY TRIAL DEMANDED
New York City Fire Department (NYFD)
Julian Bazel_____
Tamara Saakian_____
Audrey Brown-Bennett_____
NAME OF DEFENDANT(S)

**RECEIVED FEB 20 2015 PRO SE OFFICE**

This action is brought for discrimination in employment pursuant to (check only those that apply):

___X_____ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17
(amended in 1972, 1978 and by the Civil RightsAct of 1991, Pub. L. No. 102-166)
(race, color, gender, religion, national origin).
**NOTE:** *In order to bring a suit in federal district court under
Title VII, you must first obtain a right to sue letter from the Equal
Employment Opportunity Commission.*

___X_____ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634
(amended in 1984, 1990, and by the AgeDiscrimination in Employment Amendments
of 1986, Pub. L. No.92-592 , the Civil Rights Act of 1991, Pub. L. No. 102-166).
**NOTE:** *In order to bring a suit in federal district court under the
Age Discrimination in Employment Act, you must first file charges
with the Equal Employment Opportunity Commission.*

___X_____ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§12112 - 12117
(amended by the ADA Amendments Act of 2008,Pub. L. No. 110-325 and the Civil
Rights Act of 1991, Pub. L. No.102-166).
**NOTE:** *In order to bring suit in federal district court under the
Americans with Disabilities Act, you must first obtain a right to
sue letter from the Equal Employment Opportunity Commission.*

___X_____ New York State Human Rights Law, N.Y.Exec.Law §§ 290 to 297 (age, race, creed,
color, national origin, sexual orientation, military status, sex, disability, predisposing
genetic characteristics, marital status, unemployment status)

___X_____ New York City Human Rights Law, N.Y. City Admin. Code§§ 8-101 to 131 (actual or
perceived age, race, creed, color, national origin, gender, disability, marital status,
partnership status, sexual orientation, alienage, citizenship status, unemployment
status)

-1-

Jurisdiction is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub. L. No. 102-166, and any related claims under New York law.

1. Plaintiff resides at:

20 Jan Court_____
                Street Address
Elmwood Park_____, _New Jersey_____, ____07407____, _(201) 873-3716___.
County                          State            Zip Code         Telephone Number

2. Defendant(s) resides at, or its business is located at:   FoR ALL DEFENDANTS

9 MetroTech Ctr, Room 4W-11_____
                Street Address
Brooklyn_____, _NY_____ ,_11201___, _(718) 999-2040._____.
County                          State            Zip Code         Telephone Number

3. The address at which I sought employment or was employed by the defendant(s) is:

9 MetroTech Ctr,_____
                Street Address
Brooklyn_____, _NY_____, _11201____,
County                          State            Zip Code

-2-

4. The discriminatory conduct of which I complain in this action includes *(check only those that apply)*.

    __X__ Failure to hire.
    _____ Termination of my employment.
    _____ Failure to promote.
    _____ Failure to accommodate my disability.
    _____ Unequal terms and conditions of my employment.
    _____ Retaliation
    __X__ Other acts *(specify)*: <u>slender, libel, physical assault.</u>

> **NOTE**: *Only those grounds raised in the charge filed with the Equal EmploymentOpportunity Commission can be considered by the federal district court.*

5. It is my best recollection that the alleged discriminatory acts occurred on:

   __May 20, 2014__ , __June 24, 2014,__ __September 24, 2014_____.
                         Date(s)

6. I believe that the defendant(s) *(check one)*

   _X___ is still committing these acts against me.
   _____ is not still committing these acts against me.

7. Defendant(s) discriminated against me based on my:

*(check only those that apply and state the basis for discrimination, for example, what is your religion, if religious discrimination is alleged)*

[X] race _____Blue eyes_____ [ ] color _____

[X] gender/sex _____Female_____ [X] religion __Roman-Catholic_____

[X] national origin ___Polish_____

[ ] disability _____

[X] other status _____Single,___UNEMPLOYED_____

[X] age. If age is checked, answer the following:
    I was born in __1956___. At the time(s) defendant(s) discriminated against me,
               Year
    I was [X] more [ ] less than 40 years old. *(check one)*.

**NOTE:** *Only those grounds raised in the charge filed with the Equal EmploymentOpportunity Commission can be considered by the federal district court.*

8. The facts of my case are as follows:

> I applied for an Assistant Civil Engineer position with NYC Fire Department. I am on list 1036 #157 and scored 100. I had all required Qualifications and experience. I was interviewed from this list on May 20, 2014. There was no paper list of questions on the table during my interview. The first question was "You are from Poland". After I stated calmly that I have 2 Master Degree from NJIT, Tamara Saakian (female, from former soviet republics, not Roman- Catholic) Engineering Director moved close to me, look into my eyes and she poked her finger at my blue eye several times, she also asked me how would I feel working with younger supervisors. She lied to personnel that my experience is from Laboratory not Engineering work. I was the only woman who was interviewed.
>
> On June 24, 2014, I called Respondent and spoke with Audrey Brown-Bennett, Deputy Personnel Manager. Audrey lied to me that there would be another set of interviews for the Assistant Civil Engineer position and that I would be called again.
>
> On September 24, 2014 I learned that Respondent hired Gennadiy Lak (male, from soviet republic, not Roman- Catholic, employed). Lak said that the position is "light office job". Tamara Saakian and Personnel decided to hire Genadiy Lak before she interviewed me. I believe it was a pre-selection (national favoritism), because Tamara Saakian had an Russian accent like Gennadiy Lak and she worked with Ludmila Kulik, whose relative Mark Kulik worked with Genadiy Lak at NY City Housing and Preservation Department. Tamara Saakian was reprimanding personnel for pulling my name from list 1036 for the interview, when she found out that I had 2 Master Degrees and GPA 3.5, she tried to discredit me as "old" and not liking to work with "young" and not a "good fit". Another person, who was part of the interview process asked me if I have children and I answered, "I am a widow with children and unemployed" on what Tamara Saakian pulled herself handkerchief mocking me.
>
> I believe I was discriminated against due to my blue eyes, national origin (Poland), sex (female), religion (Roman Catholic), marital status (single) in violation of Title VII of the Civil Rights Act of 1964, as amended and because of my age (born 1956) in violation of the Age Discrimination in Employment Act ("ADEA") of 1967, as amended when I was not selected for the position of Assistant Civil Engineer and because of my unemployment status.
>
> *(Attached copy of EEOC Charge #520-2015-00363)*

**NOTE:** *As additional support for your claim, you may attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission, the NewYork State Division of Human Rights, or the New York City Commission onHuman Rights.*

9. It is my best recollection that I filed a charge with the New York State Division of Human Rights or the New York City Commission on Human Rights regarding defendant's alleged discriminatory conduct on: _____December 3, 2014_____.
    Date

10. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct on: _December 3, 2014_
    Date

-4-

**Only litigants alleging age discrimination must answer Question #11.**
11. Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:
　　　___ 60 days or more have elapsed.
　　　_X_ less than 60 days have elapsed.

12. The Equal Employment Opportunity Commission *(check one)*:
　　　___ has not issued a Right to Sue letter.
　　　_X_ has issued a Right to Sue letter, which I
　　　**received** on ___December 28, 2014___ .
　　　　　　　　　　　　　Date

Attached to this complaint:
1. A copy of the Right to Sue Letter from the Equal Employment Opportunity Commission
2. Copy of the EEOC letter to plaintiff about sending the EEEC charge to New York State Division of Human Rights dated November 13, 2014 (2 pages)
3. EEOC Charge of Discrimination #520-2015-00363 signed by plaintiff and notarized on December 2, 2014
4. Copy of the cover page and page 2 of "Equal Employment Opportunity Policy-Standard procedures to be utilized by City Agencies City of New York 2014" which proves that Unemployment status was added to the policy as a protected class under New York City's Human Rights Law on June 11, 2013 (2 pages).
5. Proof of employment of Gennadiy Lak at NYCITY Housing Preservation and Development Department with salary of $55,345.00 as Construction Project Manager.
6. Proof of Vacancy after Kulik Lyudmila (from former soviet republic) employed by NYCITY Fire Department was promoted to Administrative Project Manager (salary $62,181) from Assistant Civil Engineer (salary $48,126).
7. Proof of pre-setting interview (plot, national favoritism) that Kulik Mark (relative of Kulik Lyudmila from former soviet republic) was employed by NYCity Housing Preservation and Development where Gennadiy Lak was working.
8. Copy of Fire Department invitation for interview for Assistant Civil Engineer (salary $48, 126- new hires, $55,345 -2 years of service) position on May 20, 2014 to Plaintiff Danuta Szewczyk.

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, pre-judgment interest, costs, and attorney's fees as follows: $550,000.00 for lost wages for next 10 years, $500, 000.00 for lost pension after retire for 20 years, $ 1,000,000 .00 as compensation for pain and suffering, $1,000,000.00 as punitive damages for not following by defendants their own policy.

Dated: _Feb 20, 2015_

_Danuta Szewczyk_
PLAINTIFF'S SIGNATURE

_20 Jan Ct_
Address
_Elmwood Park NJ 07407_

_(201) 873-3716_
Phone Number

rev. 4/23/13
ComplaintUnderTitleVII,ADAorADEAEDNY.rev.4/23/13

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| Danuta Szewczyk<br>20 Jan Court<br>Elmwood Park, NJ 07407 | From: New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2015-00363 | Roxanne Zygmund,<br>Investigator | (212) 336-3764 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Enclosures(s)

Kevin J. Berry,
District Director

December 23, 2014
(Date Mailed)

cc: Julian Bazel
Bureau of Legal Affairs
**NEW YORK CITY FIRE DEPARTMENT**
9 Metrotech Center, Room 4W-11
Brooklyn, NY 11201

Exhibit 1

- 6 -

**U.S. Equal Employment Opportunity Commission**
**New York District Office**

33 Whitehall Street
5th Floor
New York, NY 10004
(212) 336-3620
TTY (212) 336-3622
FAX (212) 336-3625

Respondent: New York City Fire Department
EEOC Charge No.: 520-2015-00363

November 13, 2014

Danuta Szewczyk
20 Jan Court
Elmwood Park, NJ 07407

Dear Ms. Szewczyk:

This is with reference to your recent written correspondence or intake questionnaire in which you alleged employment discrimination by the above-named respondent. The information provided indicates that the matter complained of is subject to the statute(s) checked off below:

[X]   Title VII of the Civil Rights Act of 1964 (Title VII)

[X]   The Age Discrimination in Employment Act (ADEA)

[ ]   The Americans with Disabilities Act (ADA)

[ ]   The Equal Pay Act (EPA)

The attached EEOC Form 5, Charge of Discrimination, is a summary of your claims based on the information you provided. Because the document that you submitted to us constitutes a charge of employment discrimination, we have complied with the law and notified the employer that you filed a charge. Before we investigate your charge, however, you must sign and return the enclosed Form.

To enable proper handling of this action by the Commission you should:

(1) Review the enclosed charge form and make corrections.

(2) Sign and date the charge in the bottom left hand block where I have made an "X". For purposes of meeting the deadline for filing a charge, the date of your original signed document will be retained as the original filing date.

(3) Return the signed charge to this office.

Before we initiate an investigation, we must receive your signed Charge of Discrimination (EEOC Form 5). Please sign and return the charge within thirty (30) days from the date of this letter. Under EEOC procedures, if we do not hear from you within 30 days or receive your signed charge within 30 days, we are authorized to dismiss your charge and issue you a right to sue letter allowing you to pursue the matter in federal court.

[X]   Please be aware that after we receive your signed Form 5, the EEOC will send a copy of the charge to the agency listed below as required by our procedures. If that agency processes the charge, it may require the charge to be signed before a notary public or an agency official. The agency will then investigate and resolve the charge under their statute.

New York State Division Of Human Rights
Federal Contract Unit
One Fordham Plaza, 4 Fl.
Bronx, NY 10458

EXHIBIT 2 P1

—7—

Please use the "EEOC Charge No." listed at the top of this letter whenever you call us about this charge. Please also notify this office of any change in address or of any prolonged absence from home. Failure to cooperate in this matter may lead to dismissal of the charge.

Please also read the enclosed brochure, "What You Should Know Before You File A Charge With EEOC," for answers to frequently asked questions about employee rights and the EEOC process. If you have any questions, please call me at the number listed below. If you have to call long distance, please call collect.

Sincerely,

Roxanne Zygmund
Investigator
(212) 336-3764

Office Hours: Monday – Friday, 8:30 a.m. - 5:00 p.m.
www.eeoc.gov

Enclosure(s)
  Copy of EEOC Form 5, Charge of Discrimination
  Copy of EEOC Uniform Brochure, "What You Should Know Before You File A Charge With EEOC."

EXHIBIT 2 p2

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 520-2015-00363 |

**New York State Division Of Human Rights** and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Danuta Szewczyk | 201-873-3716 | 10/05/1956 |

| Street Address | City, State and ZIP Code |
|---|---|
| 20 Jan Court | Elmwood Park, NJ 07407 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Attn: Mr. Julian Bazel, Bureau of Legal Affairs<br>New York City Fire Department (NYFD) | 500+ | (718) 999-2040 |

| Street Address | City, State and ZIP Code |
|---|---|
| 9 Metrotech Ctr, Room 4W-11 | Brooklyn, NY 11201 |

RECEIVED DEC 03 2014 EEOC-NYDO-CRTU

**DISCRIMINATION BASED ON** (Check appropriate box(es).)
☐ RACE  ☐ COLOR  ☒ SEX  ☒ RELIGION  ☒ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☒ OTHER (Specify below.)
Unemployment

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest — Latest: **May 20, 2014**
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I applied for an Assistant Civil Engineer position with Respondent (NYC Fire Department). I am on list 1036 #157 and scored 100. I was interviewed from this list on May 20, 2014. There was no paper list of questions on the table during my interview. The first question was "You are from Poland". After I stated calmly that I have 2 Master Degree from NJIT, Tamara Saakian, Engineering Director moved close to me she poked her finger at my eye, she asked me how would I feel working with younger supervisors. She lied to personnel that my experience is from Laboratory not Engineering work. I was the only woman who was interviewed.

On June 24, 2014, I called Respondent and spoke with Audrey Brown-Bennett, Deputy Personnel Manager. Audrey lied to me that there would be another set of interviews for the Assistant Civil Engineer position and that I would be called again.

On September 24, 20014 I learned that Respondent hired Gennadiy Lak (male). Lak said that the position is "light office job". Tamara Saakian and Personnel decided to hire Genadiy Lak before she interviewed me. I believe it was a pre-selection because Tamara Saakian had an accent like Gennadiy Lak. Tamara Saakian was reprimanding personnel for pulling my name from list 1036 for the interview, when she found out that I had 2 Master Degrees and GPA 3.5, she tried to discredit me as "old" and not liking to work with "young" and not a "good fit". Another person, who was part of the interview process asked me if I have children and I answered, "I am a widow with children" on what Tamara Saakian pulled herself handkerchief. I believe I was discriminated against due to my national origin (Poland), sex (female), religion (Roman Catholic), marital status (single) in violation of Title VII of the Civil Rights Act of 1964, as amended and because of my age (10/05/56) in violation of the Age Discrimination in Employment Act ("ADEA") of 1967, as amended when I was not selected for the position of Assistant Civil Engineer and because of my unemployment status.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

12-02-14 / Danuta Szewczyk
Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE 12/2/14
MARTA M. PIWOWARCZYK
NOTARY PUBLIC OF NEW JERSEY

EXHIBIT 3

- 9 -

# Equal Employment Opportunity

# POLICY

STANDARDS AND PROCEDURES
TO BE UTILIZED BY CITY AGENCIES

## CITY OF NEW YORK

BILL DE BLASIO
Mayor

STACEY CUMBERBATCH
Commissioner
Department of Citywide Administrative Services

**2014**

EXHIBIT 4 page 1

## I. Equal Employment Opportunity Policy

The City of New York is an equal opportunity employer and prohibits discriminatory employment actions against, and treatment of, City employees and applicants for employment based on actual or perceived race, color, national origin, alienage or citizenship status, religion or creed, gender (including "gender identity" – which refers to a person's actual or perceived sex, and includes self-image, appearance, behavior or expression, whether or not different from that traditionally associated with the legal sex assigned to the person at birth), disability, age (18 and over), military status, prior record of arrest or conviction,[7] marital status, partnership status,[8] genetic information or predisposing genetic characteristic,[9] sexual orientation, status as a victim or witness of domestic violence, sex offenses or stalking,[10] and unemployment status.[11]

### A. Types of Prohibited Conduct[12]

Decisions and practices based on an individual's protected status (e.g., race, religion, age, and the other categories listed above) that unlawfully affect employment or the compensation, terms, conditions, or privileges of an individual's employment or potential employment with the City of New York are prohibited by this Policy. This includes unlawful decisions, actions, and practices that occur in the course of recruitment, testing, hiring, work assignments, salary and benefits, working conditions, performance evaluations, promotions, training opportunities, career development and advancement, transfers, discipline, discharge, or any other application or selection process relating to employment.

---

[7] Some employment actions motivated by the reasons listed are permitted by law, such as where an employer may deny employment on the basis of an applicant's prior record of conviction, if there is a direct relationship between one or more of the applicant's criminal offenses and the specific employment sought, or where employing the applicant poses an unreasonable risk to property or to the safety or welfare of specific individuals or the general public. (*See* Correction Law, Art. 23-A, Section 752.)

[8] "Partnership status" was added as a protected class under New York City's Human Rights Law on October 3, 2005.

[9] The term "predisposing genetic characteristic" was adopted on August 30, 2005 to streamline the terms "genetic predisposition" and "carrier status" in the previous version of the New York State Human Rights Law.

[10] "Status as victim of sex offenses or stalking" was added as a protected class under the City Human Rights Law on December 22, 2003.

[11] "Unemployment status" was added as a protected class under New York City's Human Rights Law on June 11, 2013.

[12] See also, EEO Policy Handbook *"About EEO: What you May Not Know,"* for more examples of prohibited conduct.

EXHIBIT 4 pt

2

–11–

| Make Selections | |
|---|---|
| Pay Year: | 0 |
| Branch/Major Category: | New York City |
| Agency/ Area: | 0 |
| SubAgency/Employer: | 0 |
| Position: | 0 |

| Totals For Your Selections | |
|---|---|
| Records | 22 |
| Total | $1,310,891 |

STEP 4: Press ENTER or RETURN key

STEP 3: enter value below

$

STEP 2: click one below

STEP 1: click one below

| More Than | Less Than |
|---|---|
| Total Pay | Rate of Pay |

Last Name, First Name

*LAK*

*Traffic operations signals*

Double click a column heading to resort

| Agency | SubAgency | Last, First | Position | Pay Basis | Rate of Pay | Total | Year |
|---|---|---|---|---|---|---|---|
| Transportation, Department of | Transportation, Department of | Lak, Yakov | Project Manager | Annual | $56,528 | $99,035 | 2010 |
| Transportation, Department of | Transportation, Department of | Lak, Yakov | Project Manager | Annual | $56,528 | $96,772 | 2011 |
| Transportation, Department of | Transportation, Department of | Lak, Yakov | Project Manager | Annual | $56,528 | $94,526 | 2009 |
| Transportation, Department of | Transportation, Department Of | Lak, Yakov | Project Manager | Annual | $56,528 | $87,261 | 2014 |
| Transportation, Department of | Transportation, Department of | Lak, Yakov | Project Manager | Annual | $56,528 | $83,710 | 2013 |
| Transportation, Department of | Transportation, Department of | Lak, Yakov | Project Manager | Annual | $54,354 | $83,648 | 2008 |
| Transportation, Department of | Transportation, Department of | Lak, Yakov | Project Manager | Annual | $56,528 | $82,325 | 2012 |
| Housing Preservation & Dvlpmnt | Housing Preservation & Dvlpmnt | Lak, Gennadiy | Construction Project Manager | Annual | $55,345 | $59,472 | 2014 |
| Housing Preservation & Dvlpmnt | Housing Preservation & Dvlpmnt | Lak, Gennadiy | Construction Project Manager | Annual | $55,345 | $57,315 | 2011 |
| Housing Preservation & Dvlpmnt | Housing Preservation & Dvlpmnt | Lak, Gennadiy | Construction Project Manager | Annual | $55,345 | $56,913 | 2013 |
| Housing Preservation & Dvlpmnt | Housing Preservation & Dvlpmnt | Lak, Gennadiy | Construction Project Manager | Annual | $55,345 | $56,717 | 2012 |
| Housing Preservation & Dvlpmnt | Housing Preservation & Dvlpmnt | Lak, Gennadiy | Construction Project Manager | Annual | $55,345 | $55,583 | 2010 |
| Housing Preservation & Dvlpmnt | Housing Preservation & Dvlpmnt | Lak, Gennadiy | Construction Project Manager | Annual | $55,345 | $54,617 | 2009 |
| Housing Preservation & Dvlpmnt | Housing Preservation & Dvlpmnt | Lak, Gennadiy | Construction Project Manager | Annual | $53,216 | $51,055 | 2008 |
| HRA/Dept of Social Services | HRA/Dept of Social Services | Lak, Marina | Caseworker | Annual | $40,224 | $49,327 | 2010 |
| Hra/Dept Of Social Services | Hra/Dept Of Social Services | Lak, Marina | Caseworker | Annual | $40,224 | $42,503 | 2014 |
| Hra/Dept Of Social Services | Hra/Dept Of Social Services | Lak, Marina | Caseworker | Annual | $40,224 | $42,499 | 2013 |

*HIRED*

*8/11/2002*
*8/11/2002*

*5/16/2001*
*5/14/2005*

*1/22/2007*
*1/22/2007*
*Superv 1*

*HRA/Dept Social Serv    Superv. 1    49.44  4/1/2009*

Pay Range Selection

*EXHIBIT 5*

-12-

| Make Selections | |
|---|---|
| Pay Year: | |
| Branch/Major Category: | New York City |
| Agency/ Area: | Fire Department |
| SubAgency/Employer: | Fire Department |
| Position: | |

| Totals For Your Selections | |
|---|---|
| Records | 3 |
| Total | $134,507 |

STEP 4: Press ENTER or RETURN key

STEP 3: enter value below

$

STEP 2: click one below

STEP 1: click one below

| More Than | Less Than |
|---|---|
| Total Pay | Rate of Pay |

Last Name, First Name

Double click a column heading to resort

| Agency | SubAgency | Last, First | Position | Pay Basis | Rate of Pay | Total | Year |
|---|---|---|---|---|---|---|---|
| Fire Department | Fire Department | Kulik, Lyudmila | Administrative Project Manager | Annual | $62,181 | $54,242 | 2014 |
| Fire Department | Fire Department | Kulik, Lyudmila | Assistant Civil Engineer | Annual | $48,126 | $48,042 | 2013 |
| Fire Department | Fire Department | Kulik, Lyudmila | Assistant Civil Engineer | Annual | $48,126 | $32,224 | 2012 |

Pay Range Selection

#125 KULIK LYUDMILA
FIRE
HIRed FALL 2011

Kulik Mark
Hous Pres o Dev
$ 64,377 Proj Manager
City    10/30/2000
Agency  10/30/2000

EXHIBIT 6

-13-

| Make Selections | |
|---|---|
| Pay Year: | C |
| Branch/Major Category: | C |
| Agency/ Area: | C |
| SubAgency/Employer: | C |
| Position: | C |

| Totals For Your Selections | |
|---|---|
| Records | 19 |
| Total | $1,533,061 |

STEP 4: Press ENTER or RETURN key

STEP 3: enter value below

$

STEP 2: click one below

STEP 1: click one below

| More Than | Less Than |
|---|---|
| Total Pay | Rate of Pay |

Last Name, First Name

*Kulik Mark*

*Houng Pres & Dev*

*city 10/30/2000*
*Agency 10/30/2000*

Double click a column heading to resort

| Agency | SubAgency | Last, First | Position | Pay Basis | Rate of Pay | Total | Year |
|---|---|---|---|---|---|---|---|
| Port Authority of NY&NJ | Port Commerce | Kulik, Michael | Chief Maintenance Supervisor | Annual | $100,932 | $146,128 | 2010 |
| Port Authority of NY&NJ | Port Commerce | Kulik, Michael | Chief Maintenance Supervisor | Annual | $100,932 | $141,689 | 2009 |
| Port Authority of NY&NJ | Port Commerce | Kulik, Michael | Chief Maintenance Supervisor | Annual | $100,932 | $139,710 | 2013 |
| Port Authority of NY&NJ | Port Commerce | Kulik, Michael | Chief Maintenance Supervisor | Annual | $100,932 | $137,301 | 2011 |
| Port Authority of NY&NJ | Port Commerce | Kulik, Michael | Chief Maintenance Supervisor | Annual | $100,932 | $131,770 | 2012 |
| Port Authority of NY&NJ | Tunnels, Bridges & Terminals | Kulik, Michael | Manager, Tunnels, Bridges & Terminals Physical Plant | Annual | $100,230 | $99,513 | 2008 |
| Housing Preservation & Dvlpmnt | Housing Preservation & Dvlpmnt | Kulik, Mark L | Project Manager | Annual | $64,377 | $66,379 | 2014 |
| Housing Preservation & Dvlpmnt | Housing Preservation & Dvlpmnt | Kulik, Mark | Project Manager | Annual | $64,377 | $66,272 | 2013 |
| Housing Preservation & Dvlpmnt | Housing Preservation & Dvlpmnt | Kulik, Mark | Project Manager | Annual | $64,377 | $66,084 | 2012 |
| Housing Preservation & Dvlpmnt | Housing Preservation & Dvlpmnt | Kulik, Mark | Project Manager | Annual | $64,377 | $66,029 | 2011 |
| Housing Preservation & Dvlpmnt | Housing Preservation & Dvlpmnt | Kulik, Mark | Project Manager | Annual | $64,377 | $65,905 | 2010 |
| Housing Preservation & Dvlpmnt | Housing Preservation & Dvlpmnt | Kulik, Mark | Project Manager | Annual | $64,377 | $63,942 | 2009 |
| Housing Preservation & Dvlpmnt | Housing Preservation & Dvlpmnt | Kulik, Mark L | Construction Project Manager | Annual | $61,901 | $59,739 | 2008 |
| Utica City School District | Utica City School District (NYSTRS Member) | Kulik, Melissa E | NDR | NDR | NDR | $51,848 | 2013 |
| Utica City School District | Utica City School District (NYSTRS Member) | Kulik, Melissa E | NDR | NDR | NDR | $49,206 | 2012 |
| Utica City School District | Utica City School District (NYSTRS Member) | Kulik, Melissa E | NDR | NDR | NDR | $48,402 | 2014 |
| Utica City School District | Utica City School District (NYSTRS Member) | Kulik, Melissa E | NDR | NDR | NDR | $47,529 | 2011 |

*"Michael"* (annotation bracketing Michael rows)
*MARK* (annotation bracketing Mark rows)

Pay Range Selection

*EXHIBIT 7*




# FIRE DEPARTMENT

**The City of New York**

9 METROTECH CENTER – BROOKLYN, NY 11201

---

**DATE OF NOTICE**
May 8, 2014

**TITLE:** ASSISTANT CIVIL ENGINEER

Danuta Szewczyk
20 Jan Court
Elmwood Court, NJ 07407
List No. 157

REPORT FOR INTERVIEW ON: May 20, 2014
TIME: **8:30 AM**
**TENURE OF EMPLOYMENT**
SUBJECT TO: 1-Year probationary period
SALARY: **$48,126 Annum (New Hires)**
          **$55,345 Per Annum (2 Years of Service)**

Your name has been certified to the Department for consideration in the above title. If you are interested in being interviewed, please report on the date above to **FDNY Headquarters, Bureau of Personnel, 9 Metro Tech Center, 6th Floor Conference Room 6W-4, Brooklyn, N.Y. 11201.** For additional information you may call Human Resources at (718) 999-2195. THIS NOTICE DOES NOT GUARANTEE AN APPOINTMENT ONLY CONSIDERATION IN LIST ORDER. INTERVIEWS WILL BE CONDUCTED IN LIST NUMBER ORDER ONLY.

If you do not wish to be interviewed for this position, please check the reason for your declination, sign your name and return this letter to this office immediately. NO OTHER FORM OR DECLINATION IS ACCEPTABLE. You may fax the declination to us at (718) 999-7107.

Sincerely,

Aurora Gabriel Perez
Civilian Personnel Manager

**(DO NOT DETACH ANY PART OF THIS LETTER)**

I hereby decline appointment to the above position because:

1. ☐ I am unable to accept the appointment at this time. (State your reasons for this declination on the back of this letter). Certification of your name. ☐ I will be withheld automatically, until further notice from you.

2. ☐ Duration of employment is limited or uncertain, (All Permanent positions are described as "Probable Permanent"; that is, permanent subject to the satisfactory completion of one year probationary period).

UPON DECLINATION YOU MAY REQUEST RESTORATION OF YOUR NAME TO ELIGIBLE LIST BY WRITING TO THE NEW YORK CITY DIVISION OF CITYWIDE PERSONNEL SERVICE, CERTIFICATION DIVISION, 21ST FLOOR, 1 CENTRE STREET, MUNICIPAL BUILDING, NEW YORK, NY 10007.

EXHIBIT 8

(SIGN HERE)_____
Fill in your address below only if it is Different from the One appearing above.



−15−